UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

GREGG T. KOLESSAR, an individual,

    Plaintiff,

v.                                        Case No:  2:11-cv-571-FtM-38UAM

LEE COUNTY, FLORIDA BOARD OF
COUNTY COMMISSIONERS, a political
subdivision of the State of Florida

    Defendant.
_____/

## ORDER

This matter comes before the Court on Plaintiff's Notice of Settlement and Notice of Dismissal with Prejudice (Doc. # 25), filed on June 7, 2013.

Fed. R. Civ. P. 41(a)(1) provides that an action may be dismissed by the plaintiff without order of the court by filing (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared.  Plaintiff's notice of settlement and dismissal was not signed by Defendant.

Accordingly, it is now **ORDERED**:

Defendant Lee County, Florida Board of County Commissioners is directed to **file a notice** with the Court regarding its position on Plaintiff's Notice of Settlement and Notice of Dismissal with Prejudice (Doc. # 25) **by June 26, 2013**.

**DONE** and **ORDERED** in Fort Myers, Florida this 19th day of June, 2013.

*[signature: Sheri Polster Chappell]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record