UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

GREGG T. KOLESSAR, an individual,

    Plaintiff,

v.                                            Case No: 2:11-cv-571-FtM-38UAM

LEE COUNTY, FLORIDA BOARD OF
COUNTY COMMISSIONERS, a political
subdivision of the State of Florida

    Defendant.
_____/

**ORDER**

This matter comes before the Court on Defendant's Notice Regarding Plaintiff's Notice of Settlement and Notice of Dismissal with Prejudice (Doc. # 28), filed on June 21, 2013. Defendant filed its Notice in response to the Court's June 19, 2013 Order (Doc. # 27) concluding that Plaintiff's earlier Notice of Settlement and Notice of Dismissal with Prejudice (Doc. # 25), filed on June 7, 2013, was insufficient, as it failed to comply with Federal Rules of Civil Procedure 41(a)(1) requiring that a stipulation of dismissal be signed by all parties who have appeared. Defendant's Notice declares that it agrees to the dismissal of this case and has therefore cured the deficiency that existed in Plaintiff's earlier Notice of Settlement. Therefore, the Court finds good cause to dismiss the case with prejudice.

Accordingly, it is now

**ORDERED**:

Plaintiff's Notice of Settlement and Notice of Dismissal with Prejudice (Doc. # 25) is **GRANTED**.

(1) The case is hereby **DISMISSED with prejudice.**

(2) The Clerk is directed to enter judgment accordingly, to terminate any previously scheduled deadlines and pending motions, and to **CLOSE** the case.

**DONE** and **ORDERED** in Fort Myers, Florida this 24th day of June, 2013.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record